P. W. Gustafson et al., Appellees, v. Libertyville Motors, Inc. et al., Appellant.
Appeal of Libertyville Motors, Inc. et al., Counterclaimant-Appellant, v. P. W. Gustafson et al., Counterdefendants-Appellees.

Gen. No. 10,780.

Second District.

December 4, 1954.

Rehearing denied January 5, 1955.

Released for publication January 5, 1955.

Boyles & Fisher, for counterclaimants-appellants; Winston, Strawn, Black & Towner, for certain appellees; Frank B. Gilmer, of counsel; Robert L. Huttner, for certain other appellee. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.